AO 450(Rev. 9/85) Judgment in a Civil Case

# United States District Court

## Northern District of Illinois

### Western Division

Otto May, Jr.                 **AMENDED JUDGMENT IN A CIVIL CASE**

v.                       Case Number: 02 C 50440

Chrysler Group LLC

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court finds in favor of plaintiff Otto May, Jr. and against defendant Chrysler Group LLC on the issue of liability and remits the jury's award to $300,000.00 in compensatory damages. The court enters judgment as a matter of law in favor of defendant on the issue of punitive damages. Therefore, the jury's punitive damages award is vacated.

**F I L E D**

AUG 0 2 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 8/1/2011               /s/ Susan Bennehoff, Deputy Clerk