

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON
CLERK

312-435-5670



March 20, 2012

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: May -v- Chrysler Group

U.S.D.C. DOCKET NO. : 02 cv 50440

U.S.C.A. DOCKET NO. : 11-3000 & 11-3109

Dear Mr. Agnello:

Please find attached the *supplemental record* on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS: *2 Vault Items (1 flash drive)*

OTHER (SPECIFY):

SPECIAL NOTE: *Original case is being transmitted from Rockford*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: D. Jordan, Deputy Clerk